```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 07 B 06489
   GILDARDO FLORES
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-9313

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
      The case was filed on 04/11/2007 and was confirmed 06/04/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 11/26/2007.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------
WELLS FARGO BANK NA        CURRENT MORTG         .00             .00             .00
WELLS FARGO BANK NA        MORTGAGE ARRE         .00             .00             .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00             .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     6373.88             .00             .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC     4000.00          110.86          483.19
STEEL CITY DENTAL          UNSECURED         3758.00             .00             .00
BENEFICIAL HFC             UNSECURED       NOT FILED             .00             .00
PRONGER SMITH CLINIC       UNSECURED       NOT FILED             .00             .00
PREMIER BANCARD CHARTER    UNSECURED          176.33             .00             .00
FIRST PREMIER BANK         UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED          808.71             .00             .00
ECAST SETTLEMENT CORP      UNSECURED          671.01             .00             .00
HSBC NV                    UNSECURED       NOT FILED             .00             .00
TOYOTA MOTOR CREDIT CORP   UNSECURED          888.51             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,434.00                        1,788.38
TOM VAUGHN                 TRUSTEE                                             169.81
DEBTOR REFUND              REFUND                                              292.50

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE              2,844.74

PRIORITY                                        .00
SECURED                                      483.19
   INTEREST                                  110.86
UNSECURED                                       .00
ADMINISTRATIVE                             1,788.38
TRUSTEE COMPENSATION                         169.81
DEBTOR REFUND                                292.50
                                         ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06489 GILDARDO FLORES
```

```
TOTALS                              2,844.74              2,844.74
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```